NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DORETHA H. HENDERSON, AUTHORIZED REPRESENTATIVE OF DAVID L. HENDERSON, DECEASED,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2009-7006

---

Appeal from the United States Court of Appeals for Veterans Claims in 05-0090, Chief Judge William P. Greene, Jr.

---

Before RADER, *Chief Judge*, NEWMAN, MAYER, LOURIE, SCHALL, BRYSON, GAJARSA, LINN, DYK, PROST, MOORE, O'MALLEY, and REYNA, *Circuit Judges.*

PER CURIAM.

## ORDER

Upon consideration of the decision of the Supreme Court of the United States in *Henderson v. Shinseki*, 131 S. Ct. 1197 (2011) reversing this court's judgment,

IT IS ORDERED THAT:

(1)  The decision of the United States Court of Appeals for Veterans Claims in *Henderson v. Peake*, 22 Vet. App. 217 (2008) is vacated and the case is remanded for further proceedings consistent with the Supreme Court's opinion.

(2)  The revised official caption is reflected above.


                                         FOR THE COURT


APR 1 3 2011                             /s/ Jan Horbaly
_____                        Jan Horbaly
      Date                               Clerk


cc:  Thomas W. Stoever, Jr., Esq.                **FILED**
     Todd M. Hughes, Esq.            **U.S. COURT OF APPEALS FOR**
     Martin V. Totaro, Esq.            **THE FEDERAL CIRCUIT**
     Robert V. Chisholm, Esq.
     Todd M. Wesche, Esq.                  **APR 1 3 2011**
     Linda E. Blauhut, Esq.
     Lara Chapman Kelley, Esq.              **JAN HORBALY**
                                              **CLERK**
s19